# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MARCIA THOMAS and**
**ARAZIA OLIVER,**

    *Plaintiffs*,

v.                     Case No.: 4:21cv111-MW/MAF

**GAVIN LARREMORE, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 22, and has also reviewed *de novo* Plaintiff's objections, ECF No. 23.[1] Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 22, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's motion for appointment of counsel, ECF No. 21, is **DENIED**. The Clerk shall enter judgment stating,

---

[1] Contrary to Plaintiff Thomas's representations in her objections, she has filed six complaints. Plaintiff filed an initial complaint on March 2, 2021. ECF No. 1. She filed an amended complaint on March 19, 2021. ECF No. 6. She filed her second and third amended complaints on March 24 and March 25, 2021. ECF Nos. 10 & 11. Her fourth amended complaint was filed May 27, 2021. ECF No. 16. And her fifth amended complaint—the subject of the Magistrate Judge's report and recommendation—was filed July 6, 2021. ECF No. 21.

"Plaintiff's fifth amended complaint, ECF No. 20, is dismissed for failure to state a claim upon which relief may be granted and because it is frivolous." The Clerk shall close the file.

**SO ORDERED on July 27, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
